**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CLARA MCMILLIAN                                                                                        PLAINTIFF

v.                                            NO. 3:09CV00037 JLH

SEA TRAIN LOGISTICS, LLC                                                                      DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 18th day of December, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE